RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/29/15
BY yt

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CARROLL COMEAUX | : | DOCKET NO. 2:14-03326 |
| VS. | : | JUDGE TRIMBLE |
| TONY MANCUSO, INDIVIDUALLY & IN HIS OFFICIAL CAPACITY AS SHERIFF | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM RULING AND ORDER

Before the court is a "Motion to Recuse" (R. #5) filed by plaintiff, Carroll Comeaux, who moves the court to recuse the undersigned based on 28 U.S.C. § 455(a). Also before the court is a "Motion to Request Oral Argument" (R. #7). For the following reasons, both motions will be denied.

The instant lawsuit seeks damages under 42 U.S.C. § 1983; plaintiff alleges that defendant's deputies assaulted, battered, illegally arrested and illegally imprisoned him under color of state law in violation of the Fourth and Fourteenth Amendments of the United States Constitution.

Defendant Sheriff, Tony Mancuso, is represented by Veron, Bice, Palermo & Wilson, LLC. law firm. Specifically, J. Rock Palermo, III is the attorney of record representing Sheriff Mancuso. Alonzo P. Wilson is a partner of the law firm. Mr. Wilson worked with the undersigned some thirty years ago at the Trimble, Percy, Smith, Wilson, Foote, Walker & Honeycutt law firm. After being appointed Magistrate Judge in 1986, in 1991, the undersigned was appointed District Judge. Mr. Wilson was appointed Magistrate Judge that year and worked with the undersigned until December 2007.

28 U.S.C. § 455 provides that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Plaintiff asserts that the undersigned's past relationship with Mr. Wilson could potentially harbor doubts about the undersigned's impartiality.

It has now been approximately 7 years since Mr. Wilson left the employment of the court; the undersigned has not socialized or had regular conversations with Mr. Wilson since he left. In fact, the undersigned can recall no communication whatsoever with Mr. Wilson within at least two years and no relationship currently exists with Mr. Wilson. The court is unaware of any reason whatsoever as to why the undersigned could not be fair and impartial to both sides, and if any such reasons should surface, the undersigned will voluntarily recuse himself. Moreover, the undersigned's past relationship is now so far removed as to be insufficient to convince a reasonable person that the undersigned would either be biased or appear to be biased against plaintiff or in favor of defendant, or even harbor doubts concerning the undersigned's impartiality. Accordingly, for these reasons, the motion for recusal will be denied.

**IT IS ORDERED** that the motion for recusal is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the motion for oral arguments is hereby **DENIED** as unnecessary.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29th day of January, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

2